BRIAN J. STRETCH (CABN 163973)
United States Attorney

PHILIP A. GUENTERT (CABN 147374)
Acting Chief, Criminal Division

KIMBERLY HOPKINS (MABN 668608)
Assistant United States Attorney

      450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
      Telephone: (415) 436-7200
      FAX: (415) 436-7234
      Kimberly.hopkins@usdoj.gov

Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 14-00101-WHA |
|     Plaintiff, | STIPULATION TO CONTINUE PROGRESS REPORT HEARING; AND [~~PROPOSED~~] ORDER THEREON |
|   v. | |
| RONALD RAYNALDO, | |
|     Defendant. | |

      IT IS HEREBY STIPULATED BY THE PARTIES, THROUGH UNDERSIGNED COUNSEL,

THAT:  The progress report hearing date may be moved from August 16, 2016 to **September 6, 2016 at**

**2:00 p.m.**  This date and time have been cleared with both the Court and the probation officer.

DATED:  August 11, 2016            BRIAN J. STRETCH
                               United States Attorney

                        By:        /s/
                               KIMBERLY HOPKINS
                               Assistant United States Attorney

DATED:  August 11, 2016                    /s/
                               JOHN D. FORSYTH
                               Counsel for Ronald Raynaldo

[PROPOSED] ORDER

Based upon the above Stipulation, and for good cause appearing, THE COURT ORDERS THAT the progress report hearing date may be moved from August 16, 2016 to September 6, 2016.

IT IS SO ORDERED.


DATED:   August 12, 2016.

_____
HON. WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER
CR-14-00101 WHA