UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RONALD RAYNALDO,<br><br>Defendant. | No. CR 3:CR14-00101-002-WHA<br><br>[~~PROPOSED~~] ORDER FOR EARLY TERMINATION OF PROBATION |

IT IS THE ORDER OF THE COURT:

For good cause having been shown via evidence and argument produced at a hearing on this matter heard on February 14, 2017, defendant Ronald Raynaldo's period of probation is hereby terminated as successfully completed. The effective date of this order is February 14, 2017.

Dated: February 21, 2017.

HON. WILLIAM H. ALSUP
United States District Judge
The Northern District of California

1